UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY REBER,

        Plaintiff,

v.                                        Case No:   2:16-cv-324-FtM-38CM

BEST BUY STORES, L.P.,

        Defendant.

_____/

## ORDER[1]

This matter comes before the Court on the parties' Joint Motion to Vacate October 20, 2016 Order and Stipulation of Dismissal with Prejudice (Doc. #26) filed on October 20, 2016. Earlier that day, the Court granted Plaintiff Jeffrey Reber's Motion to Remand (Doc. #12) because it determined that it lacked subject matter jurisdiction over this suit. (Doc. #25). Before issuing that Order, the parties had until September 26, 2016 to conduct jurisdictional discovery, and Defendant had until October 11, 2016 to respond to Plaintiff's motion to remand. (Doc. #21). When both deadlines had passed without word from either party, the Court ruled on and granted Plaintiff's motion to remand.

The parties now jointly request the Court to vacate that Order and accept their stipulation of dismissal. (Doc. #26). The Court will do neither. It has already found that it lacks jurisdiction over this case. The action belongs in Florida state court, and once

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

remanded, the parties are free to dismiss this case there.  Furthermore, the parties should have notified the Court of their potential settlement promptly after jurisdictional discovery or Defendant's deadline to respond to the motion for remand passed.  Without any indication from the parties on settlement, the Court ruled on the pending motion, and it finds no reason to vacate that Order.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Motion to Vacate October 20, 2016 Order and Stipulation of Dismissal with Prejudice (Doc. #26) is **DENIED**.

2. The Clerk of Court is again directed to **REMAND** this case to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, and to transmit a certified copy of this Order to the Clerk of that Court.

3. The Clerk is further **DIRECTED** to terminate all pending motions and deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2